■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARRID BARNES, Appellant. [918 NYS2d 713]—

As the People concede, defendant is entitled to relief under *People v Williams* (14 NY3d 198 [2010]), which invalidates the imposition of postrelease supervision upon resentencing of defendants who have been released after completing their terms of imprisonment. Concur—Gonzalez, P.J., Tom, Acosta, Richter and Román, JJ.